# Exhibit 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2020-02275 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Shealonda Bible** | ▮ | ▮ |

| Street Address | City, State and ZIP Code |
|---|---|
| ▮ | ▮ |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Direct Energy** | **2,500+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **12 Greenway Plaza., Ste 250** | **Houston, TX 77027** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **08/13/2017**   Latest: **09/9/2019**

☐ CONTINUING ACTION

*(stamp, diagonal, red):* RECEIVED 29 JAN 2020 Houston District US EEOC Office

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Direct Energy on October 5, 2015 as a Sr. HR Partner/HR Manager, a position I would continue in until my termination on September 9, 2019. This continuation in my position became the issue during my tenure, as I was overlooked occasion after occasion for advancement and promotion. Based on the following factual scenario, I believe that race (African American), and subsequent complaints about race factoring into advancement decisions, was the reason for my selection for termination from Direct Energy.

I came to Direct Energy with extensive training and experience in Human Resources management. Therefore, my original hiring decision maker and boss, Kristin Johnson (African American), offered me a Level 6 Sr. HR Partner/HR Manager. I performed very well in my employment with Direct Energy, which is reflected on my performance evaluations. Unfortunately, Ms. Johnson, who saw what I was capable of in her role in HR, moved on from the company.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

Jan. 28, 2020   *(signature)*
Date   Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)   01/28/2020

*(notary stamp)* ANTON STEWART Notary Public, State of Texas Notary ID 131360980

**REDACTED**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2020-02275 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

When Ms. Johnson left, Zandra Koeppel moved into Ms. Johnson's role, transferring to Houston from a different, comparable position in New Jersey. This was in the early part of my tenure, and I had no issues with the company or the ultimate supervisor of my department at the time, Executive Vice President Melinda Reeves (Caucasian). However, after several years of strong performance at the company, and being more than qualified, I decided it was time to seek advancement. When Ms. Koeppel announced she would be departing from Direct Energy, I believed I was the choice for the position, as Ms. Koeppel had told me that I was being groomed to replace her when she left. However, it was circulated within the department that there was going to be a reorganization of some positions and that position would be downgraded from Level 4 to Level 5 (one step above my present level). However, when the position was finally posted, it was listed as a Level 4 still. Regardless, I knew I still had the qualifications and experience to be able to fill Ms. Koeppel's role, so I applied for the VP HR position at the beginning of August 2017. I was never interviewed for the role despite being more than qualified for the role. Instead, I was informed by e-mail from Sr. HR Specialist Dan Kochman on August 13th that I was no longer being considered for the position. I wasn't overly concerned at that minute, as other in-house HR professionals Kristen and Martine (both already Level 5) had applied, and I thought Ms. Reeves may be going by seniority and I would have a shot at one of their positions when either moved up. However, I became very concerned about the reasons behind why I was not selected, when I was able to have a meeting with Ms. Reeves on August 15th regarding the reasons behind why I was not chosen for the position. In the meeting, after going over some updates on projects I was working on, Ms. Reeves told me that she decided on the VP HR based upon wanting to select someone who could be her successor, and that she did not know me well enough and needed "someone she could trust." I took from the tone and context of the conversation with Ms. Reeves that she wanted someone she was comfortable with and more like her, such that my race was an issue. The position was given to Jeff Fralix (Caucasian), who was less experienced and qualified than I was. A few weeks after this meeting, I filed a protected complaint regarding her non-selection for VP, as I continued to be upset with what was said in the meeting. The result of the complaint, after alleged investigation, was that it was found to be without merit. Rather than ending the issue there and putting in place mechanisms to ensure a lack of retaliation and to mend any potential "misunderstandings," Direct Energy decided it would be easier to just offer me an exit from the company through severance, so that Ms. Reeves would not have to deal with me further, stating that the environment may be "awkward" given the protected complaint.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OR COMPLAINANT |
| Jan. 28, 2020 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)  01/28/2020 |
| Date          Charging Party Signature | |

ANTON STEWART
Notary Public, State of Texas
Notary ID 131360980

REDACTED

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 460-2020-02275 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I did not feel that the offer was fair in its terms, and I didn't see the need to quit, since I hadn't done anything wrong, so the offer was withdrawn, and I was instructed that I could use my time at Direct Energy to look for other employment. Within months after the complaint issue had died down, both Kristen followed by Martine left Direct Energy for better opportunities. As both left, I hoped I still would be considered for advancement into either of their Level 5 roles. Instead, the company/Ms. Reeves made the decision to reorganize Kristen's position to New Jersey and breaking up Martine's position into two lower level jobs. I felt these changes were made in some capacity to prevent the company from having an open higher-level role that I could apply for, and to discourage me in the job toward the goal of having me find work elsewhere. In between the reorganization in early 2018 and August 2019, there were other higher-level roles discussed that would be created, but none of them ever came to fruition. Mr. Fralix became my direct supervisor in January 2018, and Ms. Reeves left the company in late spring of 2019. During the summer of 2019, there was an ongoing reorganization at Direct Energy, and I found out that I was 1 of 4 positions in Houston within the department being eliminated (all HR Partner roles eliminated across the US). In August 2019, a new level 5 role in HR was posted in Houston, along with two new level 6 HR consultancy roles. I applied for all three positions at that time, to stay with Direct Energy. Two others and I with eliminated HR Partner positions (all African American women) applied for the level 6 roles. Further, I applied for the level 5 position, as I was more senior and qualified than anyone else that applied. Further, everyone in the department was told that persons who were affected by the reorganization would be given preference in the selection process. What happens, almost expectedly, Angie Moore (Caucasian) is selected on September 4, 2019 for the level 5 role by Jeff Fralix and Amanda Harrison (both Caucasian). Ms. Moore did have some decent experience, but her position was not one being affected by the reorganization, so she certainly should have been further down on the list than I. They told me the decision was made because they were more comfortable with Ms. Moore and had more familiarity with the client, but I had always exceeded expectations in my performance and worked with the client, so that should have had no impact. Mr. Fralix claimed that I was not given real consideration because I had not "written my plan for the position on paper, as others did." I knew this was a disingenuous excuse.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Jan. 28, 2020     *Date*     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*     ANTON STEWART Notary Public, State of Texas Comm. Expires 11-22-2021 Notary ID 131360988 |

**REDACTED**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 460-2020-02275 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Finally, I was interviewed by Ms. Moore on September 5. Ms. Moore called me later that day to tell me that Britany Smith and Chenee Franklin would be getting the level 6 roles. In complete shock, I inquired why the decision was made. Ms. Moore nervously made some statements about how I failed to make direct eye contact, and then directs me to speak with Mr. Fralix if I had further questions. This decision made no sense, given that the other two women had only been with Direct Energy for a short period of time. I realized the decision was made in retaliation for my continued issues with not being selected and having made protected complaints in the past, which Mr. Fralix, Ms. Harrison and Ms. Moore were all aware of as well. The reorganization and layoff were just an easy way for the company to get rid of me. I was offered a severance package, but it in no way reflected fair value for what I had been through. I feel that this was not only illegal, but spiteful toward a hardworking, qualified and educated individual, simply because of my immutable characteristics and in retaliation for my protected complaints.

I believe I have been discriminated against by Direct Energy and retaliated for complaining about protected activity during my employment under the Age Discrimination in Employment Act of 1968, Title VII of the Civil Rights Act of 1964 and the Texas Commission on Human Rights Act (Chapter 21 of the Texas Labor Code), as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Jan. 28, 2020 _____ Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  01/28 |

REDACTED